# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS CASH,<br><br>   Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC TRANSUNION, LLC, SYNCHRONY BANK, AND CONN APPLIANCES, INC.,<br><br>   Defendants. | Case No. 2:21-CV-03672-RGK-SHK<br><br>Hon. R. Gary Klausner<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC** |

Plaintiff Artis Cash and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Artis Cash against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

DATED this  21st  day of   September    2021.

*Gary Klausner*

_____
**HONORABLE R. GARY KLAUSNER**
UNITED STATES DISTRICT JUDGE

5194798.1

1