1  Jonathan A. Stieglitz  (SBN 278028)
   jonathan.a.stieglitz@gmail.com
2  THE LAW OFFICES OF
   JONATHAN A. STIEGLITZ
3  11845 W. Olympic Blvd., Suite 800
   Los Angeles, California 90064
4  Telephone:     (323) 979-2063
   Facsimile:     (323) 488-6748
5
   Attorney for Plaintiff
6  Artis Cash

7

8              **UNITED STATES DISTRICT COURT**
               **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
9                      **WESTERN DIVISION**

10

| 11 | Artis Cash | Case No.: 2:21-cv-3672 |
|---|---|---|
| 12 | | |
| 13 | Against | **The Hon. R. Gary Klausner** |
| 14 | | NOTICE OF VOLUNTARY DISMISSAL AS TO CONN APPLIANCE, INC. |
| 15 | Experian Information Solutions, Inc., Equifax Information Services, LLC | |
| 16 | TransUnion, LLC, | |
| 17 | Synchrony Bank, Conn Appliances, Inc., | |
| 18 | | |
| 19 | | Complaint Filed: 4/29/2021 |

        Plaintiff Artis Cash ("Plaintiff") and Defendant Conn Appliance, Inc. ("Defendant"), have

resolved their differences, by and through their respective counsels of record, that the above-

captioned action, including the parties and claims alleged therein have resolved their differences

and Plaintiff hereby agrees to voluntary dismissal with prejudice of Plaintiff's claims against the Defendant, Conn Appliance, Inc. in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

DATED: April 18, 2023      THE LAW OFFICES OF JONATHAN A. STIEGLITZ

By:    */s/Jonathan A. Stieglitz*
       Jonathan A. Stieglitz
       Attorneys for Plaintiff
       Artis Cash